# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMIE L. SAAVEDRA                                  Case Number: 07-72397
213 W. RAILROAD          SSN-xxx-xx-0974
LENA, IL  61048

Case filed on:    10/4/2007
Plan Confirmed on:  2/15/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,540.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MARK E ZALESKI | 3,500.00 | 3,500.00 | 2,469.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,469.00 | 0.00 |
| 002 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MATCO TOOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COLLECTCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CINGULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CENTRAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CODILIS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMIE L. SAAVEDRA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 4,087.15 | 1,028.88 | 1,028.88 | 263.53 |
| 003 | MATCO TOOLS | 11,190.12 | 4,500.00 | 1,233.57 | 320.79 |
| 005 | UNION SAVINGS BANK | 17,619.30 | 17,619.30 | 5,194.31 | 1,084.20 |
|  | Total Secured | 32,896.57 | 23,148.18 | 7,456.76 | 1,668.52 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MATCO TOOLS | 0.00 | 6,690.12 | 0.00 | 0.00 |
| 005 | UNION SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CENTRAL PORTFOLIO CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 501.43 | 501.43 | 0.00 | 0.00 |
| 014 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SPARKWAY ENERGY | 646.60 | 646.60 | 0.00 | 0.00 |
| 020 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WELLS FARGO FINANCIAL | 2,151.33 | 2,151.33 | 0.00 | 0.00 |
| 025 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MICHAEL LINCOLN | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | AMCORE BANK NA | 485.36 | 485.36 | 0.00 | 0.00 |
| 029 | ROUNDUP FUNDING LLC | 387.03 | 387.03 | 0.00 | 0.00 |
|  | Total Unsecured | 4,171.75 | 10,861.87 | 0.00 | 0.00 |
|  | Grand Total: | 40,568.32 | 37,510.05 | 9,925.76 | 1,668.52 |

Total Paid Claimant:     $11,594.28
Trustee Allowance:       $945.72           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                By  /s/Heather M. Fagan